otranpr

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUL 26 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RICARDO YBARRA, <br> TDCJ-ID #911900, <br> Petitioner, | § § § § | |
| v. | § | CIVIL ACTION NO. H-01-2477 |
| | § | |
| GARY L. JOHNSON, Director, <br> Texas Department of Criminal Justice, <br> Institutional Division, <br> Respondent. | § § § § § | B-01-132 |

## ORDER TO TRANSFER

Petitioner Ricardo Ybarra is currently incarcerated in the Texas Department of Criminal Justice - Institutional Division at the Hughes Unit in Gatesville, Texas. He has filed this action seeking a writ of habeas corpus under 28 U.S.C. § 2254 to challenge a felony conviction from the 357th Judicial District Court for Cameron County, Texas. Cameron County is located within the United States District Court for the Southern District of Texas, Brownsville Division. *See* 28 U.S.C. § 124(b)(4).

Under the venue provision governing federal habeas corpus petitions, 28 U.S.C. § 2241(d), a petition for habeas corpus relief from a state court conviction may be transferred to the district court where the state court which convicted and sentenced the petitioner is located. In this case, it is evident from the face of the petition that Ybarra intended to seek habeas corpus relief properly in the "Brownsville" Division, but that his case was filed inadvertently with this Court instead.

Accordingly, the Clerk is **ORDERED** to transfer this petition for a writ of habeas

#2

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By_____
Deputy Clerk

corpus to the Clerk of the Southern District of Texas, Brownsville Division.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _July 26_, 2001.

KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

2

```
                                                    TRANSF PRIS
                                                    CLOSED
                    U.S. District Court
              TXS - Southern District of Texas (Houston)

              CIVIL DOCKET FOR CASE #: 01-CV-2477

Ybarra v. Johnson                                   Filed: 07/23/01
Assigned to: Judge Kenneth M. Hoyt
Demand: $0,000                      Nature of Suit: 530
Lead Docket: None                   Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 28:2254 Petition for Writ of Habeas Corpus (State)


RICARDO YBARRA               Ricardo Ybarra
     petitioner              [NTC] [PRO SE]
                             #911900
                             Hughes Unit
                             Rt 2 Box 4400
                             Gatesville, TX 76597


     v.


GARY JOHNSON, Director/TDCJ-ID
     respondent
```

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By_____
                Deputy Clerk

Docket as of July 31, 2001  11:48 am                  Page 1

```
Proceedings Include All Events.                              TRANSF PRIS
4:01cv2477 Ybarra v. Johnson                                 CLOSED


7/23/01    1       Prisoner Petition for Writ of Habeas Corpus; filed. (lf)

7/23/01    --      Deadline updated;  set review deadline for 8/6/01   before
                   Judge Kenneth M. Hoyt (lf) [Edit date 07/24/01]

7/26/01    2   IMG Order to Transfer prisoner case to Southern District of
                   Brownsville, Tx. Division , , entered. Parties ntfd.(
                   Signed by Judge Kenneth M. Hoyt ) (hl)

7/26/01    --      Intradistrict transfer to Browsville, Tx Southern District
                   Division. Entire case, file certified copy of docket sheet,
                   and certified copy of order mailed out to Brownsville, Tx
                   by certifed mail. (hl)
```

Docket as of July 31, 2001 11:48 am                             Page 2