IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| RICARDO YBARRA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-132 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION | § | |

O R D E R

Petitioner, Ricardo Ybarra, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by October 10, 2001.

DONE at Brownsville, Texas, this 8th day of August, 2001.

John Wm. Black
United States Magistrate Judge