United States District Court
Southern District of Texas
FILED

OCT 15 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO YBARRA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-132 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION,[1] | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent Janie Cockrell, Director, Texas Department of Criminal Justice, Institutional Division ("the Director"), by and through her attorney, the Attorney General of Texas, and files her **First Motion for Extension of Time with Brief in Support**.

**I.**

**MOTION FOR EXTENSION OF TIME**

This is a habeas corpus case brought by a Texas state prisoner, Ricardo Ybarra ("Ybarra"), under 28 U.S.C. §§ 2241, 2254. By order of the court, the Director was to file her answer or otherwise respond on or before October 10, 2001.[2]

The undersigned attorney was assigned this case on August 23, 2001. Thereafter, the undersigned ordered but, as of today, has not received all the documents regarding Ybarra's federal petition. Thus, additional time is required to review the entire record, upon receipt, and formulate a response.

---

[1] On August 1, 2001, Janie Cockrell succeeded Gary L. Johnson as Director of the Texas Department of Criminal Justice, Institutional Division. Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, she "is automatically substituted as a party."

[2] This extension of time was placed in the mail on Wednesday, October 10, 2001; therefore, this motion is timely filed.

As additional justification for this extension of time, the undersigned has prepared and filed twelve responsive pleadings in other habeas corpus cases within the last seventeen days, including attending a three day CLE course (the 2001 Criminal and Civil Law Update) in Galveston from September 26-28, 2001. As of today, the undersigned has twenty additional responses with the federal district courts all due in the next thirty-five days, plus two Fifth Circuit briefs (No. 01-50834, *Lee v. Cockrell*), as well as to prepare for and attend an evidentiary hearing on October 16, 2001 in *Rich v. Johnson*, Civic Action No. H-99-1500. Furthermore, this attorney will be out of town from October 26, 2001 through November 4, 2001. As a result, the undersigned will need additional time to review the documents, upon receipt, and draft an appropriate response. Accordingly, the Director respectfully requests an extension of forty days, up to and including **Monday, November 19, 2001,** to file her answer and to coordinate her duties in this case with other matters due within that time period.

This is the Director's first request for an extension of time in this cause. The Director apologizes to the court for the necessity of this extension; however, this request is not designed to harass the Petitioner, nor to unnecessarily delay these proceedings, but to ensure that Ybarra's claims are properly addressed.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that her First Motion for Extension of Time be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

2

MICHAEL T. McCAUL
Deputy Attorney General
for Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

*Lead Counsel

GRETCHEN B. MERENDA*
Assistant Attorney General
State Bar No. 24010233
Southern District Admission No. 25065

Habeas Corpus Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
FAX: (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Gretchen B. Merenda, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is currently incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. The Director assumes that Petitioner will oppose this motion.

GRETCHEN B. MERENDA
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I, Gretchen B. Merenda, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Respondent Cockrell's First Motion for Extension of Time with Brief in Support** has been served by placing same in the United States Mail, postage prepaid, on this the 10th day of October, 2001, addressed to: Ricardo Ybarra, TDCJ-ID # 911900, Lopez Unit, 1203 El Cibolo Road, Edinburg, Texas, 78539.

_____
GRETCHEN B. MERENDA
Assistant Attorney General

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *RICARDO YBARRA*, | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | CIVIL ACTION NO. B-01-132 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

# ORDER

Came on this day to be considered **Respondent Cockrell's First Motion for Extension of Time**, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is ORDERED, ADJUDGED and DECREED that Respondent's First Motion for Extension of Time is hereby GRANTED, and Respondent shall have up to and including **Monday, November 19, 2001**, to file her response.

SIGNED on this the _____ day of _____, 2001.


_____
JUDGE PRESIDING