7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 1 7 2001

| | | |
|---|---|---|
| RICARDO YBARRA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-132 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

Came on this day to be considered **Respondent Cockrell's First Motion for** (DOCKET NO. 6) **Extension of Time**, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is ORDERED, ADJUDGED and DECREED that Respondent's First Motion for Extension of Time is hereby GRANTED, and Respondent shall have up to and including **Monday, November 19, 2001**, to file her response.

SIGNED on this the __16__ day of __OCTOBER__, 2001.

_____
JUDGE PRESIDING