United States District Court
Southern District of Texas
FILED

NOV 1 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO YBARRA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-132 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S SECOND MOTION FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent Janie Cockrell, Director, Texas Department of Criminal Justice, Institutional Division ("the Director"), by and through her attorney, the Attorney General of Texas, and files her **Second Motion for Extension of Time with Brief in Support**.

**I.**

**MOTION FOR EXTENSION OF TIME**

This is a habeas corpus case brought by a Texas state prisoner, Ricardo Ybarra ("Ybarra"), under 28 U.S.C. §§ 2241, 2254. By order of the court, the Director was to file her answer or otherwise respond on or before October 10, 2001. Thereafter, this court graciously granted the Director's extension of time for filing a response until November 19, 2001. [Docket Entry #7].

Due to circumstances beyond the undersigned attorney's control the court's indulgence is requested for a second time. Although the Director received Ybarra's records, the undersigned has had insufficient time to review the records in order to determine the appropriate response to the allegations raised in the instant petition for habeas corpus. Thus, additional time is required and would be greatly appreciated.

As justification for this extension of time, the undersigned attorney had been preparing for an evidentiary hearing which is scheduled for November 19, 2001 in *Rich v. Johnson*, Civic Action No. H-99-1500 in Houston, Texas. The undersigned has prepared and filed twelve responsive pleadings in other habeas corpus cases within the last twenty-two days, in addition to leave taken from October 26, 2001 through November 4, 2001.[1] As of today, the undersigned has thirteen additional responses with the federal district courts all due in the next twenty-five days, plus two Fifth Circuit briefs (*Lee v. Cockrell*, No. 01-50834 and *Kimbrell v. Cockrell*, No. 01-10046), as well as preparing for and attending the November 19th evidentiary hearing in *Rich*. This attorney will also be out of town from November 21-27, 2001. As a result, the undersigned will need additional time to review the records and draft an appropriate response. Accordingly, the Director respectfully requests an extension of twenty-five days, up to and including **Friday, December 14, 2001**, to file her response.

The undersigned acknowledges and appreciates this court's and Ybarra's patience, and again apologizes for any inconvenience caused by this request. The undersigned regrets this complication and assures the court that she is working as quickly and diligently as possible on all her responses. Additional time is required and would be greatly appreciated.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that her Second Motion for Extension of Time be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

---

[1] On October 22nd, undersigned attorney suffered eye trauma diagnosed as "corneal abrasions." The undersigned is legally blind and this additional complication hindered her in drafting her answers.

2

MICHAEL T. McCAUL
Deputy Attorney General
for Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

*Lead Counsel

*/s/ Gretchen B. Merenda*
GRETCHEN B. MERENDA*
Assistant Attorney General
State Bar No. 24010233
Southern District Admission No. 25065

Habeas Corpus Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 936-1400
FAX: (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Gretchen B. Merenda, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is currently incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. The Director assumes that Petitioner will oppose this motion.

*/s/ Gretchen B. Merenda*
GRETCHEN B. MERENDA
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I, Gretchen B. Merenda, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Respondent Cockrell's Second Motion for Extension of Time with Brief in Support** has been served by placing same in the United States Mail, postage prepaid, on this the 14th day of November, 2001, addressed to: Ricardo Ybarra, TDCJ-ID # 911900, Lopez Unit, 1203 El Cibolo Road, Edinburg, Texas, 78539.

*[signature]*
GRETCHEN B. MERENDA
Assistant Attorney General

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *RICARDO YBARRA,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | CIVIL ACTION NO. B-01-132 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

**O R D E R**

Came on this day to be considered **Respondent Cockrell's Second Motion for Extension of Time**, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is ORDERED, ADJUDGED and DECREED that Respondent's Second Motion for Extension of Time is hereby GRANTED, and Respondent shall have up to and including **Friday, December 14, 2001**, to file her response.

SIGNED on this the _____ day of _____, 2001.


_____
JUDGE PRESIDING