9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 2 8 2001

| | | |
|---|---|---|
| RICARDO YBARRA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-132 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

Came on this day to be considered **Respondent Cockrell's Second Motion for Extension of Time** *(Docket No. 8)*, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is ORDERED, ADJUDGED and DECREED that Respondent's Second Motion for Extension of Time is hereby GRANTED, and Respondent shall have up to and including **Friday, December 14, 2001**, to file her response. NO FURTHER EXTENSIONS WILL BE GRANTED.

SIGNED on this the 27th day of NOVEMBER 2001.

_____
JUDGE PRESIDING