12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DEC 3 1 2001

RICARDO YBARRA, §
  Petitioner, §
 §
V. § CIVIL ACTION NO. B-01-132
 §
JANIE COCKRELL, DIRECTOR, §
TEXAS DEPARTMENT OF CRIMINAL §
JUSTICE, INSTITUTIONAL DIVISION, §
  Respondent. §

## MOTION TO AMEND WRIT OF HABEAS CORPUS 2254

TO THE HONORABLE JUDGE OF SAID COURT:

Now COMES, Ricardo Ybarra, petitioner, and files his Motion to Amend Writ of Habeas Corpus 2254 with brief in support.

### I.

Ybarra filed a writ of Habeas Corpus 2254 with this Court on or about June 20, 2001. No orders or recommendations have been order in this action. Ybarra, requests of this Court permission to amend his Petition for Writ of Habeas Corpus 2254.

WHEREFORE, PREMISES CONSIDERED, petitioner respectfully requests that his petition for writ of habeas corpus 2254 be amended.

Respectfully submitted,

Ricardo Ybarra

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RICARDO YBARRA, § | |
| Petitioner, § | |
| v. § | CIVIL ACTION NO. B-01-132 |
| JANIE COCKRELL, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent § | |

## ORDER

Came on this day to be considered Petitioner's Motion to Amend Writ of Habeas Corpus 2254, and the Court, after considering the pleadings of the party filed herein, is of the opinion that the following order should issue:

ORDERED, ADJUDGED and DECREED that Petitioner's Motion to Amend Writ of Habeas Corpus 2254 IS GRANTED.

SIGNED on this the ___ day of _____, 2001.

_____
JUDGE PRESIDING