IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| RICARDO YBARRA, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-01-132 |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

Came on this day to be considered **Petitioner Ricardo Ybarra's Motion to Amend Petition for Writ of Habeas Corpus** (Docket No. 12), and the Court is of the opinion that the following order should issue:

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's Motion to Amend Petition for Writ of Habeas Corpus is hereby **GRANTED**. Petitioner shall file the amended petition on or before **March 1, 2002**.

DONE at Brownsville, Texas, this 16th day of January, 2002.

John Wm. Black
United States Magistrate Judge